

**NUMBERS 13-16-00452-CR AND 13-16-00453-CR**

# COURT OF APPEALS

# THIRTEEN DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

## EX PARTE RAUL GARZA SALAZAR

**On Appeal from the 445th District Court
of Cameron County, Texas.**

# ORDER ABATING APPEALS

**Before Justices Rodriguez, Garza, and Longoria
Order Per Curiam**

This matter is before the Court because the clerk's record has not been filed and appellant's counsel has advised this Court that appellant no longer wishes to pursue his appeals. A motion to dismiss appeals has not been filed.

This sequence of events requires us to effectuate our responsibility to avoid further delay and to preserve the parties' rights. *See* TEX. R. APP. P. 37.3(a)(1). Accordingly, these appeals are ABATED and these causes REMANDED to the trial court. Upon remand, the trial court shall utilize whatever means necessary to make appropriate

findings and recommendations concerning the following: (1) whether appellant can be located; (2) whether appellant has abandoned his appeals; and (3) if any other orders are necessary to ensure the proper and timely pursuit of appellant's appeals.

The trial court shall cause its findings and recommendations, together with any orders it may enter regarding the aforementioned issues, to be included in a supplemental clerk's record. Furthermore, the trial court shall cause a supplemental reporter's record of any proceedings to be prepared. The supplemental clerk's record and supplemental reporter's record, if any, shall be filed with the Clerk of this Court within thirty days from the date of this order.

IT IS SO ORDERED.

PER CURIAM

Do not publish. TEX. R. APP. P. 47.2(b).

Delivered and filed
the 13th day of December, 2016.